■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JENILEE M. GILLESPIE, Appellant. [3 NYS3d 170]—

Appeal from a judgment of the County Court of Clinton

County (McGill, J.), rendered September 5, 2013, convicting defendant upon her plea of guilty of the crime of criminal possession of a forged instrument in the second degree.

Defendant waived indictment and pleaded guilty to a superior court information charging her with criminal possession of a forged instrument in the second degree. County Court sentenced defendant, as second felony offender, to a prison term of 2 to 4 years. Defendant appeals.

Defendant's sole contention is that the sentence is harsh and excessive, particularly in light of her history of controlled substance abuse, and should be modified to a period of parole supervision. The record reveals that County Court considered appropriate factors, including defendant's alleged addiction and her extensive criminal history, in imposing the minimum statutory period of incarceration (*see* Penal Law § 70.06 [3] [d]). A review of the record evinces neither an abuse of the court's discretion nor the existence of any extraordinary circumstances warranting a reduction of the sentence in the interest of justice (*see People v Knott*, 92 AD3d 975, 976 [2012], *lv denied* 18 NY3d 995 [2012]; *People v Rockwell*, 18 AD3d 969, 971 [2005], *lv denied* 5 NY3d 768 [2005]).

Peters, P.J., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed.